#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-21 (LAG)(ALS) |
| | : | |
| JAMES RICHARD SHIVERS, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant James Richard Shivers, Jr.'s Unopposed Motion to Continue Trial in the Interest of Justice (Motion). (Doc. 26). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for December 10, 2025, and January 26, 2026, respectively. (*Id.* at 1; Doc. 25).

On August 12, 2025, Defendant James Richard Shivers, Jr. was charged with one count of possession with intent to distribute methamphetamine, one count of possession of firearm by a convicted felon, and one count of possession of firearm in furtherance of a drug trafficking crime. (Doc. 1). Defendant made his initial appearance on September 4, 2025, pleaded not guilty, consented to pretrial detention, and was remanded to the custody of the U.S Marshals Service. (Docs. 7, 10, 12, 14). On September 8, 2025, the Court granted Defendant's first Unopposed Motion to Continue. (Doc. 19, 24). The pretrial conference and trial in this matter were rest to December 10, 2025, and January 26, 2026, respectively. (Doc. 25; *see* Docket). Defendant filed the subject Motion on November 26, 2025. (Doc. 26). Therein, Defendant represents that further investigation to make an informed decision is needed (Doc. 26 at 2). The Government does not oppose Defendant's Motion. (*Id.*).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the

reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 26) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's September 30, 2025 Scheduling Order (Doc. 25) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 1st day of December, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**